IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ABEL RUIZ, #M07780,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:22-cv-01382-SMY |
| | ) |
| **JOHN DOE, et al.,** | ) |
| | ) |
| Defendants. | ) |

# NOTICE AND ORDER

This case is before the Court for case management. A Waiver of Service of Summons was returned executed for Defendant Justin Moore and his responsive pleading was due by September 6, 2022 (Doc. 15). To date, Defendant Moore has failed to move, answer, or otherwise plead in response to the Complaint.

The Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED.R.CIV.P. 55(a). Accordingly, the Court **ORDERS** as follows:

1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Justin Moore in accordance with Federal Rule of Civil Procedure 55(a).

2) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and Defendant Moore at their addresses of record.

**IT IS SO ORDERED.**

**DATED: October 5, 2022**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**